385 P.2d 226

**UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant,**

v.

**FIELDS ROOFING COMPANY, Appellee.**

**No. 7586.**

Supreme Court of Arizona,

En Banc.

Sept. 18, 1963.

Moore, Romley, Killingsworth & Kaplan, Phoenix, for appellant.

Stanley Z. Goodfarb, Phoenix, for appellee.

PER CURIAM.

Appellant insurance company was defendant in a suit to recover on a contractor's license bond issued pursuant to A.R.S. § 32–1152 (1956). The suit was against the prime contractor and the insurance company. Summary judgment was entered for the plaintiff, and the defendant insurance company appeals.

Our decision in this case is controlled by United States Fidelity and Guaranty Company v. Hirsch, Ariz., 385 P.2d 211.

Affirmed.